## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **ESPADY, et al**<br>**Petitioner**<br><br>V.<br><br>**DEPARTMENT OF HOMELAND SECURITY**<br>**Respondent** | **CIVIL ACTION**<br><br>**NO.   05cv10466NG** |

### O R D E R

**GERTNER , D. J.**

    **Pursuant to Rule 4(b) of the Rules Governing Section 2241 cases, the Clerk of this Court is hereby ordered to serve a copy of the Petition upon the office of the United States Attorney General and the United States Attorney.**

    **It is further ordered that the Respondent shall, within 60 days of receipt of this Order, file an answer or other responsive pleading.**

| | |
|---|---|
| **3/16/2005**<br>**Date** | **/s/ NANCY GERTNER**<br>**United States District Judge** |

(2241servINS.wpd - 09/00)                                                                                         [2241serv.]