UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **JEAN RONALD ESPADY** and **ASTRID JARMELIN ESPADY,**     Petitioners,   v.   **DEPARTMENT OF HOMELAND SECURITY,**     Respondent. | C.A. No. 05-cv-10466-NG |

**GERTNER, D.J.:**

### ORDER OF TRANSFER

Respondent moves to transfer the above-captioned case to the First Circuit Court of Appeals pursuant to Section 106(c) of the REAL ID Act of 2005, H.R. 1268, 109th Congr. (2005) (enacted), Pub. L. No. 109-13, Div. B, 119 Stat. 231 [docket entry # 6]. Respondent's motion is unopposed. Accordingly, I hereby **GRANT** respondent's motion and **TRANSFER** this case to the First Circuit Court of Appeals.

**SO ORDERED.**

Dated:    July 13, 2005                    /s/ NANCY GERTNER, U.S.D.J.